JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JOSE ERNESTO MARTINEZ GALINDO,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondents.

Case No. 5:26-cv-05943-DFM

JUDGMENT

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition for Writ of Habeas Corpus (Dkt. 1) is GRANTED IN PART as to Claim One and otherwise DENIED, except that prayers (h) and (i) are withdrawn.
2. Within seven (7) days of the date of the Order, Respondents must provide Petitioner Jose Ernesto Martinez Galindo (A# 089-232-925) an individualized custody hearing before an Immigration Judge under 8 U.S.C. § 1226(a). At the hearing, the Immigration Judge must consider Petitioner's explanation for his failure to appear on September 11, 2026; his supervision history under the October 17, 2022 Order of Release on Recognizance; his appearance at ICE on September 22, 2026;

alternatives to detention; and, if a monetary bond is considered, his ability to pay.

3. If a hearing has not been held on the merits by the end of the seventh (7th) day after the date of the Order for any reason, including a determination by the Immigration Judge that he or she lacks authority to conduct it, Respondents must release Petitioner by the end of that seventh (7th) day. Release must be on the conditions of the October 17, 2022 Order of Release on Recognizance, subject to any lawful alternatives-to-detention conditions ICE deems appropriate. This paragraph does not apply if, before the hearing is held, the Immigration Judge denies Petitioner's motion to reopen. In that event, Respondents must file a notice within one (1) court day stating the date of the denial and the authority under which Petitioner is detained.
4. Respondents must file a status report no later than the next court day after the hearing is held or Petitioner is released, stating which occurred and the result of any hearing.
5. The Court retains jurisdiction to enforce this Judgment and the underlying Order.

Date: October 30, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge